Colt B. Dodrill, Esq.
Nevada Bar No. 9000
WOLFE & WYMAN LLC
980 Kelly Johnson Drive
Suite 140
Las Vegas, Nevada 89119
Telephone: (702) 476-0100

Thomas J. Cunningham (*pro hac vice*)
P. Russell Perdew (*pro hac vice*)
J. Matthew Goodin (*pro hac vice*)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700

ATTORNEYS FOR DEFENDANTS SAXON MORTGAGE, INC.
AND AURORA LOAN SERVICES, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LACY J. DALTON (aka JILL L. ANDERSON), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITIMORTGAGE, INC., et al., <br><br> Defendants. | CASE NO. 3:09-cv-00534-LDG-VPC <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS SAXON MORTGAGE, INC. AND AURORA LOAN SERVICES, LLC TO FILE REPLY** <br><br> **(FIRST REQUEST)** |

   Defendants Saxon Mortgage, Inc. and Aurora Loan Services, LLC file the following Stipulation among Saxon, Aurora, and Plaintiffs, allowing Saxon and Aurora an additional two days, until May 19, 2010, to file a Reply in Support of Saxon and Aurora's Motion to Dismiss. Defendants Saxon and Aurora filed their Motion to Dismiss on April 7, 2010. (Dkt. No. 316). Plaintiffs originally had until April 24 to respond to Saxon and Aurora's Motion. Saxon and Aurora thereafter agreed to extend the due date for Plaintiff's response to May 7, 2010, which Plaintiffs filed on that date. (Dkt. No. 358). Saxon and Aurora's counsel incorrectly believed that, as part of that

agreement, the time for their reply brief had similarly been extended to May 28, 2010, and did not realize the error until after 5 p.m. on May 17, 2010, the actual due date for the reply brief. Saxon and Aurora's counsel thereafter acted promptly to obtain Plaintiffs' counsel's agreement to this extension. Saxon and Aurora now request that the time to file their reply brief be extended to May 19, 2010. Plaintiffs have agreed to this request, and no prejudice would result to any party as a result of granting this extension.

Saxon, Aurora, and Plaintiffs hereby stipulate that Saxon and Aurora shall have until May 19, 2010 to file a Reply in Support of their Motion to Dismiss.

DATED this 18th day of May, 2010

/s/ Treva J. Hearne, Esq.
Robert R. Hager, NV State Bar No. 1482
Treva J. Hearne, NV State Bar No. 4450
HAGER & HEARNE
245 E. Liberty - Suite 110
Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
rhager@hagerhearnelaw.com
thearne@hagerhearnelaw.com
office@hagerhearnelaw.com

Attorneys for Plaintiffs

/s/ P. Russell Perdew, Esq.
Thomas J. Cunningham (*pro hac vice*)
P. Russell Perdew (*pro hac vice*)
J. Matthew Goodin (*pro hac vice*)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606

Colt B. Dodrill, Esq.
Nevada Bar No. 9000
WOLFE & WYMAN LLC
980 Kelly Johnson Drive
Suite 140
Las Vegas, Nevada 89119

Attorneys for Defendant,
SAXON MORTGAGE, INC.
AURORA LOAN SERVICES, LLC

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

__21 MAY 2010_____
DATE