STEVEN E. GUINN
Nevada Bar No. 5341
ANDRIEA A. ADEN
Nevada Bar No. 11035
LAXALT & NOMURA
9600 Gateway Drive
Reno, NV 89521
Telephone: 775.322.1170
Facsimile: 775.322.1865

Howard N. Cayne (*Pro Hac Vice*)
David B. Bergman (*Pro Hac Vice*)
David D. Fauvre (*Pro Hac Vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

Stephen E. Hart (*Pro Hac Vice*)
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
Telephone: 202.414.3800
Attorneys for the Federal Housing Finance Agency as
Conservator of Fannie Mae and Freddie Mac

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LACY J. DALTON, *et al.*, | Case No. 3:09-cv-00534 (LDG) |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF ATTORNEY** |
| CITIMORTGAGE, INC., *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE, effective immediately, MICHAEL W. LARGE has disassociated with the Law Firm of Laxalt & Nomura, Ltd. and that STEVEN E. GUINN and ANDRIEA A. ADEN of Laxalt & Nomura, Ltd., are now the attorneys of record for Defendant

Federal Housing Finance Agency as Conservator of Fannie Mae and Freddie Mac in defending this matter.

DATED this 13th day of October, 2010.

Respectfully submitted:

*Of Counsel:*

Stephen E. Hart (*Pro Hac Vice*)
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
Telephone: 202.414.3800

Howard N. Cayne (*Pro Hac Vice*)
David B. Bergman (*Pro Hac Vice*)
David D. Fauvre (*Pro Hac Vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

/s/ Andriea A. Aden
STEVEN E. GUINN
Nevada Bar No. 5341
ANDRIEA A. ADEN
Nevada Bar No. 11035
LAXALT & NOMURA
9600 Gateway Drive
Reno, NV 89521
Telephone: 775.322.1170
Facsimile: 775.322.1865

*Attorneys for the Federal Housing Finance Agency as Conservator of Fannie Mae and Freddie Mac*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: October 18, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2010 a copy of the foregoing Notice of Change of Attorney was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

DATED this 13th day of October, 2010.

/s/ Andriea A. Aden
ANDRIEA A. ADEN

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521