STEVEN E. GUINN
Nevada Bar No. 5341
JEREMY REICHENBERG
Nevada Bar No. 10297
LAXALT & NOMURA
9600 Gateway Drive
Reno, NV 89521
Telephone: 775.322.1170
Facsimile: 775.322.1865

Howard N. Cayne (*Pro Hac Vice*)
David B. Bergman (*Pro Hac Vice*)
David D. Fauvre (*Pro Hac Vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

Stephen E. Hart (*Pro Hac Vice*)
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
Telephone: 202.414.3800
Attorneys for the Federal Housing Finance Agency as
Conservator of Fannie Mae and Freddie Mac

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LACY J. DALTON, *et al.*, | Case No. 3:09-cv-00534 (LDG) |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF ATTORNEY** |
| CITIMORTGAGE, INC., *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE, effective immediately, ANDRIEA A. ADEN has disassociated with the Law Firm of Laxalt & Nomura, Ltd. and that STEVEN E. GUINN and JEREMY REICHENBERG of Laxalt & Nomura, Ltd., are now the attorneys of record for

Defendant Federal Housing Finance Agency as Conservator of Fannie Mae and Freddie Mac in defending this matter.

DATED this 8th day of November, 2010.

Respectfully submitted:

*Of Counsel:*

*/s/ Jeremy Reichenberg*
STEVEN E. GUINN
Nevada Bar No. 5341
JEREMY REICHENBERG
Nevada Bar No. 10297
LAXALT & NOMURA
9600 Gateway Drive
Reno, NV 89521
Telephone: 775.322.1170
Facsimile: 775.322.1865

Stephen E. Hart (*Pro Hac Vice*)
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, NW
Washington, DC 20552
Telephone: 202.414.3800

Howard N. Cayne (*Pro Hac Vice*)
David B. Bergman (*Pro Hac Vice*)
David D. Fauvre (*Pro Hac Vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

*Attorneys for the Federal Housing Finance Agency as Conservator of Fannie Mae and Freddie Mac*

IT IS SO ORDERED.

DATED this 9th day of November, 2010.

*/s/ Valerie P. Cooke*
U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010 a copy of the foregoing Notice of Change of Attorney was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

DATED this 8th day of November, 2010.

*Laurie Pieratt*
LAURIE PIERATT