Robert R. Hager, NV State Bar No. 1482
Treva J. Hearne, NV State Bar No. 4450
**HAGER & HEARNE**
245 E. Liberty - Suite 110
Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LACY J. DALTON (aka JILL L. ANDERSON), et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC., et al.<br><br>Defendants. | Case No.: 3:09-CV-00534- LDG-VPC<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF PHIL RUTHERFORD** |

COMES NOW Plaintiff, PHIL RUTHERFORD, by and through her attorneys of record, HAGER & HEARNE, TREVA J. HEARNE, and provide notice to the Court that he dismiss his claims against all the Defendants without prejudice.

Dated this 31st day of May, 2011.

HAGER & HEARNE

BY: */s / Treva J. Hearne*
Robert R. Hager, SBN 1482
Treva J. Hearne, SBN 4450
245 E. Liberty St., Ste. 110
Reno, NV 89501
Attorneys for Plaintiffs

ORDER

IT IS SO ORDERED.

DATED this 9 day of June, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge

- 1 -