Robert R. Hager, NV State Bar No. 1482
Treva J. Hearne, NV State Bar No. 4450
**HAGER & HEARNE**
245 E. Liberty - Suite 110
Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LACY J. DALTON (aka JILL L. ANDERSON), et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC., et al.<br><br>Defendants. | Case No.: 3:09-CV-00534- LDG-VPC<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF PETER BEEKHOFF** |

COMES NOW Plaintiff, PETER BEEKHOFF, by and through her attorneys of record, HAGER & HEARNE, TREVA J. HEARNE, and provide notice to the Court that he dismiss his claims against all the Defendants without prejudice.

Dated this 6th day of June, 2011.

HAGER & HEARNE

BY: */s / Treva J. Hearne*
Robert R. Hager, SBN 1482
Treva J. Hearne, SBN 4450
245 E. Liberty St., Ste. 110
Reno, NV 89501
Attorneys for Plaintiffs

ORDER
IT IS SO ORDERED.

DATED this 14 day of July, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge

**HAGER & HEARNE**
245 E. Liberty St., Ste 110
Reno, NV 89501
(775) 329-5800, FAX (775) 329-5819

- 1 -