Robert R. Hager, NV State Bar No. 1482
Treva J. Hearne, NV State Bar No. 4450
**HAGER & HEARNE**
245 E. Liberty - Suite 110
Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LACY J. DALTON (aka JILL L. ANDERSON), et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC., et al.<br><br>Defendants. | Case No.: 3:09-CV-00534- LDG-VPC<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF VALERIE BRANCA** |

COMES NOW Plaintiff, VALERIE BRANCA, by and through her attorneys of record, HAGER & HEARNE, TREVA J. HEARNE, and provide notice to the Court that she dismiss her claims against all the Defendants without prejudice.

Dated this 27th day of July, 2011.

ORDER

IT IS SO ORDERED.

DATED this _3_ day of August, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge

HAGER & HEARNE

BY: _/s / Treva J. Hearne_
Robert R. Hager, SBN 1482
Treva J. Hearne, SBN 4450
245 E. Liberty St., Ste. 110
Reno, NV 89501
Attorneys for Plaintiffs

**HAGER & HEARNE**
245 E. Liberty St., Ste 110
Reno, NV 89501
(775) 329-5800, FAX (775) 329-5819

- 1 -