UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LACY J. DALTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC., et al.,<br><br>    Defendants. | 3:09-cv-0534-LDG-VPC<br><br>**ORDER** |

SunTrust Mortgage has filed a motion to expunge the lis pendens filed by Christopher Ballengee (#414). This court previously dismissed SunTrust without prejudice based upon the parties' stipulation (#401). Although this court does not have jurisdiction over any remaining claims regarding the subject property, plaintiffs' counsel has represented that litigation is ongoing in the MDL court. Accordingly, because the court is not convinced that it may expunge lis pendens as to any one particular entity, and because this court does not have jurisdiction over any remaining claims regarding the subject property,

THE COURT HEREBY ORDERS that SunTrust's motion (#414) is DENIED. The MDL court retains jurisdiction over Christopher Ballengee's remaining claims, and the propriety of the lis pendens must be analyzed in the context of any remaining claims.

Dated this ___11___ day of August, 2011.

_____
Lloyd D. George
United States District Judge