# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LACY J. DALTON, et al., | 3:09-cv-0534-LDG-VPC |
| Plaintiffs, | |
| v. | **ORDER** |
| CITIMORTGAGE, INC., et al., | |
| Defendants. | |

Following the MDL court's dispositions in this matter, and this court's order granting defendants' motions to dismiss plaintiffs' remaining claims of unjust enrichment (#413),

THE COURT HEREBY ORDERS that plaintiffs shall file within sixty (60) days from the date of the entry of this order a status report identifying the remaining issues, if any, outstanding in this litigation.

THE COURT FURTHER ORDERS that defendants shall have thirty (30) days thereafter in which to file a response to plaintiffs' status report.

Dated this ___ day of November, 2012.

_____
Lloyd D. George
United States District Judge