UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LACY J. DALTON, et al.,

                Plaintiffs,

v.

CITIMORTGAGE, INC., et al.,

                Defendants.

Case No.: 3:09-cv-00534-LDG-VPC

**ORDER TO EXPUNGE NOTICE OF LIS PENDENS**

Quality Loan Service Corporation (hereinafter "Quality") moved this Court for an Order expunging a Notice of Lis Pendens, filed by Plaintiff, Dimitritza Toromanova (hereinafter "Toromanova"), and subsequently recorded with the Clark County Recorder's Office as instrument number 201006250003114. The Notice of Lis Pendens was recorded against ral property commonly known as 4174 Jacqueline Way, Las Vegas, NV 89115 (APN: 140-06-718-012) (hereinafter the "Property'). Quality filed it Motion on October 23, 2019 and more than 14 days have passed without any party opposing Quality's Motion.

//

//

//

//

1

Pursuant to NRS 14.015(3):

> 3. In addition to the matters enumerated in subsection 2, the party who recorded the notice must establish to the satisfaction of the court either:
> (a) That the party who recorded the notice is likely to prevail in the action; or
> (b) That the party who recorded the notice has a fair chance of success on the merits in the action and the injury described in paragraph (d) of subsection 2 would be sufficiently serious that the hardship on him or her in the event of a transfer would be greater than the hardship on the defendant resulting from the notice of pendency,
> and that if the party who recorded the notice prevails he or she will be entitled to relief affecting the title or possession of the real property.

Because this action has been dismissed, and the case terminated on November 17, 2011, it is established that Toromanova cannot prevail in this action. Moreover, no timely opposition to Quality's Motion has been filed.

Accordingly, for good cause shown,

IT IS HEREBY ORDERED that Quality's Motion to Expunge Lis Pendens [ECF No. 474] is GRANTED; and

IT IS FURTHER ORDERED that the Notice of Lis Pendens, filed by Plaintiff, Dimitritza Toromanova, and subsequently recorded with the Clark County Recorder's Office as instrument number 201006250003114 is CANCELLED and the Office of Clark County Recorder's Office shall EXPUNGE the Notice of Lis Pendens from the records of the Clark County Recorder; and

//

//

//

//

//

//

//

//

IT IS FURTHER ORDERED that a copy of this Order may be recorded by the Office of the Clark County Recorder in the applicable chain of title for the above referenced Property.

DATED this 26 day of November, 2019.

_____
Lloyd D. George
UNITED STATES DISTRICT JUDGE